# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Wulfco a Limited Liability Company, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Nye County, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No. 2:24-cv-00223-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's proposed stipulated discovery plan. (ECF No. 26). The plan has certain deficiencies. First, Defendant has refused to sign the plan because Defendant intends to move to stay discovery. However, Local Rule 26-1(a) requires that the parties stipulate to the discovery plan. Additionally, the parties must also have a discovery plan to govern this case while the motion to stay discovery is pending. Otherwise, Defendant effectuates a *de facto* stay of discovery.

Second, Plaintiff's plan seeks a longer timeframe than that contemplated by the Local Rules because it seeks to measure the discovery plan from the date Plaintiff filed the plan instead of the date the first defendant answered or otherwise appeared as outlined in Local Rule 26-1(b). However, Plaintiff does not seek special scheduling review as required by Local Rule 26-1(a). Plaintiff also cites to an outdated version of the Local Rules by including an interim status report deadline, which the Local Rules have not included since they were amended in April of 2020. Similarly, Plaintiff cites to Local Rule 26-4 as the rule governing extensions of deadlines. But that rule no longer governs extensions since the Local Rules were amended.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's discovery plan (ECF No. 26) is **denied without prejudice.** The parties must file a stipulated discovery plan on or before **September 23, 2024.**

DATED: September 9, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE