**SAO**
Brenoch R. Wirthlin, Esq.
Nevada Bar No. 10282
Traci L. Cassity, Esq.
Nevada Bar No. 9648
Hutchison & Steffen, PLLC
Peccole Professional Plaza
10080 Alta Drive No. 200
Las Vegas, Nevada 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
email: bwirthlin@hutchlegal.com

Michael M. DeLee, Esq.
Nevada Bar No. 011948
DeLEE LAW OFFICES, LLC
18 Powerline Rd.
Amargosa Valley, NV 89020
Phone: 775-372-1999
michael@deleelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WULFCO A LIMITED LIABILITY COMPANY, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada,<br>　　　　　　Defendant. | Case No.: 2:24-cv-00223-RFB-DJA<br><br>**STIPULATION AND ORDER<br>TO EXTEND DEADLINE FOR<br>PLAINTIFF TO FILE OPPOSITION TO<br>MOTION TO STAY DISCOVERY<br>PENDING MOTION TO DISMISS<br>(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WULFCO A LIMITED LIABILITY COMPANY ("Plaintiff") and Defendant NYE COUNTY ("Defendant"

and with Plaintiff referred to herein as the "Parties"), by and through undersigned counsel, that the deadline for Plaintiff to file an opposition to Defendant's Motion to Stay Discovery Pending Motion to Dismiss (the "Motion") filed herein on September 12, 2024, and currently pending before the Court, shall be extended to October 10, 2024.

This is the first stipulation for extension of time for Plaintiff to file a responsive pleading to the Motion. This extension of time is needed to accommodate Plaintiff's counsel who is in the process of transitioning to a new law firm, is limited in length and therefore will not cause undue delay of these proceedings, and is sought by the Parties in good faith.

Respectfully submitted this 24th day of September, 2024.

| HUTCHISON & STEFFEN | BRIAN T. KUNZI |
| --- | --- |
| | NYE COUNTY DISTRICT ATTORNEY |
| */s/ Brenoch Wirthlin* | */s/ Brian Kunzi* |
| Brenoch Wirthlin, Esq. | Brian T. Kunzi, Esq. |
| Nevada Bar No. 10282 | Nevada Bar No. 2173 |
| 10080 West Alta Drive, Suite 200 | 1520 East Basin Avenue, Suite 107 |
| Las Vegas, Nevada 89145 | Pahrump, Nevada 89060 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/25/2024