Brenoch R. Wirthlin, Esq.
Nevada Bar No. 10282
Traci L. Cassity, Esq.
Nevada Bar No. 9648
Hutchison & Steffen, PLLC
Peccole Professional Plaza
10080 Alta Drive No. 200
Las Vegas, Nevada 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
email: bwirthlin@hutchlegal.com

Michael M. DeLee, Esq.
Nevada Bar No. 011948
DeLee Law Offices, LLC
18 Powerline Rd.
Amargosa Valley, NV 89020
Phone: 775-372-1999
michael@deleelaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WULFCO A LIMITED LIABILITY COMPANY, a Nevada limited liability company,<br><br>                     Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada,<br><br>                     Defendant. | Case No.:  2:24-cv-00223-RFB-DJA<br><br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SPECIAL SCHEDULING REVIEW REQUESTED)** |

Plaintiff WULFCO A LIMITED LIABILITY COMPANY ("Plaintiff") and Defendant NYE COUNTY ("Defendant" and with Plaintiff referred to herein as the "Parties"), by and through undersigned counsel, hereby submit their Stipulated Discovery Plan and Scheduling Order (the "Scheduling Order") pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b).

/ / /

1.     **Fed. R. Civ. P. 26(a) Initial Disclosures:**

Pursuant to Federal Rule of Civil Procedure 26(f), on September 16, 2024, Brenoch Wirthlin, Esq. counsel for Plaintiff, and Brian Kunzi, Esq., counsel Defendant, conducted a meeting to discuss the relevant issues for discovery, possible early resolution of the matter, and other pertinent issues.  Pursuant to these discussions, the parties agree that they will submit their initial disclosures on or before ***Monday, September 30, 2024.***

2.     **Discovery Cut-Off Date:**

Discovery will take not more than one hundred eighty (180) days from September 16, 2025.[1]  Accordingly, all discovery must be completed no later than ***Tuesday, March 17, 2025***.

3.     **Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than ***Wednesday, December 4, 2024.***

4.     **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than ***Thursday, January 16, 2025,*** and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than ***Monday, February 17, 2025.***

5.     **Dispositive Motions:**

The parties shall file dispositive motions not more than (30) days after the discovery cut-off date and, therefore, not later than ***Wednesday, April 16, 2025.***

6.     **Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than ***Friday, May 16, 2025.***

---

[1] The parties acknowledge that Defendant filed a motion to dismiss on May 20, 2024.  LR 26-1(b)(1)'s 180-day presumptive discovery period would thus have normally ended on Monday, November 16, 2024.  However, due to the pendency of Defendant's current Motion to Dismiss, Defendant is stipulating to the 180-day discovery period running from September 16, 2024, as stated in this report.

7.      **Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(e)(6) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than ***Friday, May 16, 2025.***

8.      **Alternative Dispute Resolution:**

The parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration and early neutral evaluation.

9.      **Alternative Forms of Case Disposition:**

The parties certify they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01).

10.     **Electronic Evidence:**

The parties anticipate a jury trial in this matter and certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  Discussions between the parties will be ongoing as the trial date approaches and any electronic evidence will be presented in a format compatible with the Court's electronic jury evidence display system.

11.     **Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days

///

///

///

///

///

///

///

1    before the expiration of the subject deadline.

2         Respectfully submitted this 26th day of September 2024.

3

4    HUTCHISON & STEFFEN                    BRIAN T. KUNZI
                                            NYE COUNTY DISTRICT ATTORNEY
5

6
     */s/ Brenoch Wirthlin*_____    _*/s/Brian Kunzi*_____
7    Brenoch Wirthlin, Esq.                  Brian T. Kunzi, Esq.
     Nevada Bar No. 10282                    Nevada Bar No. 2173
8    10080 West Alta Drive, Suite 200        1520 East Basin Avenue, Suite 107
     Las Vegas, Nevada  89145                Pahrump, Nevada 89060
9    *Attorneys for Plaintiff*                *Attorneys for Defendant*

10

11

12

13                        **<u>ORDER</u>**

14
        IT IS SO ORDERED:
15

16
     _____
17   UNITED STATES MAGISTRATE JUDGE

18

19      DATED:        9/30/2024
                      _____
20

21

22

23

24

25

26

27

28