Brenoch R. Wirthlin, Esq.
Nevada Bar No. 10282
Wirthlin & Verlaine
400 S. 4th Street Suite 300
Las Vegas, NV 89101
Tel: (702) 529-1201
Fax: (702) 213-0294
bwirthlin@wirthlinlawfirm.com

Michael M. DeLee, Esq.
Nevada Bar No. 011948
DELEE LAW OFFICES, LLC
18 Powerline Rd.
Amargosa Valley, NV 89020
Phone: 775-372-1999
michael@deleelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WULFCO A LIMITED LIABILITY COMPANY, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada,<br><br>    Defendant. | Case No.: 2:24-cv-00223<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br>**[FIRST REQUEST]** |

  It is hereby stipulated by and between Plaintiff, WULFCO A LIMITED LIABILITY COMPANY, ("Wulfco" or "Plaintiff"), by and through its undersigned counsel of record, the law firms of Wirthlin & Verlaine, and DeLee Law Offices, LLC, and Defendant NYE COUNTY ("Defendant" and with Plaintiff referred to herein as the "Parties"), by and through undersigned counsel, Nye County District Attorney, that Plaintiff shall have until and including June 4, 2025, in which to file its opposition to Defendant's Motion to Dismiss Second Amended Complaint ("Motion") which was filed on May 14, 2025.  This is the first stipulation for extension of time

for Plaintiff to file a responsive pleading to the Motion. This extension of time is needed due to a serious illness which recently impacted multiple members of Plaintiff's office, including Plaintiff's counsel, as well as some issues related to IT that caused delay and disruption to Plaintiff's office, all of which necessitate additional time for Plaintiff to complete briefing on the Motion, and is limited in length; as such it will not cause undue delay of these proceedings, and is sought by the Parties in good faith.

Respectfully submitted 27th day of May, 2025.

| | |
|---|---|
| WIRTHLIN & VERLAINE | BRIAN T. KUNZI<br>NYE COUNTY DISTRICT ATTORNEY |
| /s/ Brenoch Wirthlin<br>Brenoch R. Wirthlin, Esq.<br>Nevada Bar No. 10282<br>Wirthlin & Verlaine<br>400 S. 4th Street Suite 300<br>Las Vegas, NV 89101<br>Tel: (702) 529-1201<br>Fax: (702) 213-0294<br>bwirthlin@wirthlinlawfirm.com | /s/ Bradley Richardson<br>Brian T. Kunzi, Esq.<br>Nevada Bar No. 2173<br>Bradley Richardson, Esq.<br>Nevada Bar No. 1159<br>1520 East Basin Avenue, Suite 107<br>Pahrump, Nevada 89060<br>*Attorneys for Defendant* |
| Michael M. DeLee, Esq.<br>Nevada Bar No. 011948<br>DELEE LAW OFFICES, LLC<br>18 Powerline Rd.<br>Amargosa Valley, NV 89020<br>Phone: 775-372-1999<br>michael@deleelaw.com<br>*Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 05/28/2025